

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| David Lopez, an individual | Case No.: 2:21-cv-1915 |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation and Order to Continue Deadline to Submit Memorandum Of Costs Pursuant To NRCP 54** |
| Cardenas Markets, LLC d/b/a Cardenas Markets; Does I through X, inclusive; Roe Corporations 1 through X, inclusive, and Roe Limited Liability Companies I through X, inclusive, | |
| Defendant. | |

Due to ongoing settlement discussions, the parties stipulate that the deadline for Cardenas Markets to request taxable costs shall be continued until July 7th, 2023.

| WILSON ELSER | NOBLES & YANEZ LAW FIRM |
|---|---|
| /s/ Michael P. Lowry | /s/ Abel M. Yanez |
| Michael P. Lowry, Esq. | Abel M. Yanez, Esq. |
| Nevada Bar No. 10666 | Nevada Bar No. 7566 |
| Jonathan C. Pattillo, Esq. | Attorneys for Plaintiff |
| Nevada Bar No. 13929 | |
| Attorneys for Cardenas Markets, Inc. | |
| | It is so ordered June 27, 2023. |
| | *[signature]* |
| | UNITED STATES DISTRICT JUDGE |

284263345v.1